# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:05-cr-00251-LRH-GWF |
| ) | |
| vs. ) | |
| ) | ORDER |
| JASON FOWLER, ) | |
| ) | |
| Defendants ) | |

Before the court is Defendant's Motion for Early Termination of Supervised Release (#35). The Government has not opposed and the court has been provided with a Report on Offender Under Supervision by the United States Probation Office.

Although the Defendant's history on supervised release has not be perfect, it does appear that he has made significant strides in the improvement of his personal life. He has maintained employment and has successfully undergone counseling. He is a devoted husband and father who is loved and respected by his wife and his family members. He has other persons who are and have been friends, as well as his counselors and probation officers, who are supportive of him. The Defendant appears to have made important progress in turning his life around and becoming a productive citizen and devoted family man. His family support is a significant factor to the court.

///

///

///

1   Good cause appearing, Defendant's Motion for Early Termination of Supervised Release (#35)
2  is GRANTED.
3   IT IS SO ORDERED.

5   DATED this 23rd day of August, 2011.

    _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE